UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Chen Xiang,

                Plaintiff(s),

-against-

United States of America,

                Defendant(s).
------------------------------------x

16 Civ 4900 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York