UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEN XIANG,

          Plaintiff

  -against-

UNITED STATES OF AMERICA,

          Defendant.

16 CV. 4900 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than November 10, 2021, of the status of the action/remaining claims/defendants.

**SO ORDERED.**

Dated:    November 3, 2021
          New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge