UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHEN XIANG,

              Plaintiff,

-against-

UNITED STATES OF AMERICA,

              Defendant.

---

16-cv-4900 (LAP)
02-cr-271 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On November 10, 2021, the Court granted Chen Xiang's motion to hold his § 2255 proceeding in abeyance pending resolution of his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (dkt. no. 207 in [02-cr-271]).  (See dkt. no. 9 in [16-cv-4900].)  On July 7, 2022, the Court granted Mr. Chen's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), reducing his sentence to time served plus three months.  (See dkt. no. 220 in [02-cr-271].)  Accordingly, Mr. Chen's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 motion (dkt. no. 1 in [16-cv-4900]; dkt. no. 159 in [02-cr-271]) is moot.

1

The Clerk of the Court is directed to close the open motions (dkt. no. 1 in [16-cv-4900]; dkt. no. 159 in [02-cr-271]) and close case number 16-cv-4900.

**SO ORDERED.**

Dated:    July 13, 2022
          New York, New York

*Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge